# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Allonzo Trier,

    Plaintiff,

v.

Glen E Wright, II, et al.,

    Defendants.

No. CV-25-00055-TUC-AMM (MSA)

**ORDER**

On July 15, 2026, Magistrate Judge Maria S. Aguilera issued a Report and Recommendation ("R&R") recommending this Court deny Plaintiff's Motion to Preclude Alleged Expert Testimony of Loftin and Deeba. (Doc. 57.) Judge Aguilera notified the parties they had fourteen (14) days to file any written objections to the proposed findings and recommendation. (*Id.* at 8.) Neither party filed an objection, and the time to do so has now passed.

A district court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes 1983 Addition. A district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations" of the magistrate judge. 28

U.S.C. § 636(b)(1).

The Court has reviewed Judge Aguilera's R&R, the parties' briefs, and the record. The Court finds no clear error and agrees with the findings and recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED.** (Doc. 57.)

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Preclude Alleged Expert Testimony of Loftin and Deeba is **DENIED**. (Doc. 44.)

**IT IS FURTHER ORDERED** that this matter remains referred to Magistrate Judge Aguilera for all pretrial proceedings and a report and recommendation in accordance with 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and 72.2 of the Rules of Practice of the United States District Court for the District of Arizona.

Dated this 30th day of July, 2026.

Honorable Angela M. Martinez
United States District Judge

- 2 -